### 2288.   IRWIN *v.* THE STATE.

HILL, C. J.   This case is fully controlled by the decision of this court in *Bray* v. *Commerce,* 5 *Ga. App.* 605 (63 S. E. 596), and the decision of the Supreme Court in *Gaskins* v. *State,* 127 *Ga.* 51 (55 S. E. 1045).   See also *Williams* v. *State,* 5 *Ga. App.* 97 (62 S. E. 671), *Grant* v. *State,* 87 *Ga.* 265 (13 S. E. 554), and *Mack* v. *State,* 116 *Ga.* 546 (42 S. E. 776).                                     *Judgment affirmed.*

Indictment for sale of liquor; from Henry superior court—Judge Reagan.   November 15, 1909.

Submitted January 12,—Decided January 21, 1910.

*E. M. Smith, H. A. Peebles,* for plaintiff in error.

*J. W. Wise, solicitor-general,* contra.